IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KIMBERLY A. ROSETTA, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-155
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 3). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. In addition, Plaintiff's Motion for Clarification, Orders and Subpeonas (Doc. 3) and Motion for Court to Direct Defendant to Cease Review of Disability Initiated by Department of Social Security (Doc. 4) are **DENIED**. The Court has reviewed these motions and can discern no grounds for relief. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA