AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KIMBERLY A ROSETTA

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-155

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated September 29, 2017 adopting the Report and Recommendation of the Magistrate Judge as the opinion of this court, judgment is hereby entered dismissing this case without prejudice. The Clerk of Court is directed to close this case.

September 29, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03